1  Beasley Willis-V30091
2  415 US HWY 49 North
3  Tutwiler, MS 38963
4  Defendant/Appellant

FILED
08 FEB -8 PM 2:01

[Clerk stamp: RICHARD W. WIEKING, CLERK, U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA]

United States District Court
Northern District of California

D.K Sisto Warden
         Plaintiff/Appellee,

Case No. CV.07 6003 TEH

vs.

NOTICE OF CHANGE OF ADDRESS

Beasley Willis Defendant/Appellant,

TO: THE CLERK OF THE COURT: Northern District of California

NOTICE IS HEREBY GIVEN that the above-named defendant/appellant has a change of address from that of record to the following: Beasley Willis-V-30091
TCCF MA 08
415 US HWY 49 North
Tutwiler, MS 38963

Dated this ___JAN___ day of ___31___, 2008

                                                          _Beasley Willis_  1-31-08
                                                              Defendant/Appellant