

Beasley Willis - V30091
t.c.c.F. MA 08.L
415 US Hwy. 49 North
Tutwiler, MS. 38963

US District Court
Northern District of CALIF
450 Golden Gate Avenue
San Francisco, CALIF 94102