EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
GERALD A. ENGLER
Senior Assistant Attorney General
CATHERINE A. RIVLIN
Supervising Deputy Attorney General
SARA TURNER, State Bar No. 158096
Deputy Attorney General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 703-5712
  Fax:  (415) 703-1234
  Email:  Sara.Turner@doj.ca.gov
Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **BEASLEY WILLS,** | C 07-06003 TEH (PR) |
| Petitioner, | **APPLICATION FOR ENLARGEMENT OF TIME TO FILE ANSWER** |
| v. | |
| **D. K. SISTO, Warden,** | |
| Respondent. | |

    For the reasons stated in the accompanying declaration of counsel, respondent hereby requests a thirty (30) day enlargement of time until June 26, 2008, within which to answer the petition for writ of habeas corpus in this case.  A stipulation has not been sought because petitioner is an incarcerated state prisoner who is representing himself.

///

///

///

///

///

///

Application for Enlargement of Time      *Beasley* Wills *v. D. K. Sisto, Warden*
C 07-06003 TEH (PR)

1

1   WHEREFORE, respondent respectfully requests that this Court grant an extension of time
2   to and including June 26, 2008, in which to file the answer.
3   Dated: May 13, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

GERALD A. ENGLER
Senior Assistant Attorney General

CATHERINE A. RIVLIN
Supervising Deputy Attorney General


/s/ Sara Turner
_____
SARA TURNER
Deputy Attorney General
Attorneys for Respondent

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:  **Beasley Wills v. D. K. Sisto, Warden**

No.:  **C 07-06003 THE (PR)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On May 13, 2008, I served the attached **APPLICATION FOR EXTENSION OF TIME TO FILE ANSWER; DECLARATION OF COUNSEL IN SUPPORT OF APPLICATION FOR EXTENSION OF TIME TO FILE ANSWER; [PROPOSED] ORDER** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

| | |
|---|---|
| Beasley Wills | Beasley Wills |
| #V-30091 | #V-30091 |
| T.C.C.F.  MA 08 L | California State Prison |
| 415 U.S. Hwy. 49 North | 2100 Peabody Road |
| Tutwiler, MS  38963 | P. O. Box 4000 |
| | Vacaville, CA  95696-4000 |

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on May 13, 2008, at San Francisco, California.

| | |
|---|---|
| Nelly Guerrero | /s/ Nelly Guerrero |
| Declarant | Signature |

40253379.wpd