IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **BEASLEY WILLS,** | C 07-06003 TEH  (PR) |
| Petitioner, | **[PROPOSED] ORDER** |
| v. | |
| **D.K. SISTO, Warden,** | |
| Respondent. | |

GOOD CAUSE APPEARING, it is hereby ordered that respondent may have until June 26, 2008, to file an answer to the petition for writ of habeas corpus.  Petitioner may file and serve a traverse, if any, within thirty (30) days of his receipt of the answer.

IT IS SO ORDERED.

DATED: _____

                                                            _____
THELTON E. HENDERSON
United States District Judge

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **Beasley Wills v. D. K. Sisto, Warden**

No.:   **C 07-06003 THE (PR)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On May 13, 2008, I served the attached **APPLICATION FOR EXTENSION OF TIME TO FILE ANSWER; DECLARATION OF COUNSEL IN SUPPORT OF APPLICATION FOR EXTENSION OF TIME TO FILE ANSWER; [PROPOSED] ORDER** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

Beasley Wills
#V-30091
T.C.C.F.  MA 08 L
415 U.S. Hwy. 49 North
Tutwiler, MS  38963

Beasley Wills
#V-30091
California State Prison
2100 Peabody Road
P. O. Box 4000
Vacaville, CA  95696-4000

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on May 13, 2008, at San Francisco, California.

|   Nelly Guerrero   |   /s/ Nelly Guerrero   |
|:---:|:---:|
| Declarant | Signature |

40253379.wpd