IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEASLEY WILLIS,<br><br>　　　　Petitioner,<br><br>　vs.<br><br>D. K. SISTO, Warden,<br><br>　　　　Respondent. | No. C 07-06003 TEH (PR)<br><br>ORDER GRANTING APPLICATION FOR ENLARGEMENT OF TIME TO FILE ANSWER AND CORRECTING DOCKET<br><br>(Docket No. 7) |

On May 13, 2008, Respondent filed an application for enlargement of time to file an answer. Good cause appearing, the application is GRANTED. (Docket no. 7.)

It is hereby ordered that Respondent may have until June 26, 2008, to file an answer to the petition for a writ of habeas corpus. Petitioner may file and serve a traverse, if any, within thirty (30) days of his receipt of the answer.

It is further ordered that the docket shall be corrected to reflect the correct spelling of Petitioner's name, Beasley Willis, as signed in the verification of the petition, and as signed and stated in his application to proceed *in forma pauperis* and his notice of change of address.

**IT IS SO ORDERED.**

DATED:  05/21/08

　　　　　　　　　　　　　　　　　　THELTON E. HENDERSON
　　　　　　　　　　　　　　　　　　United States District Judge