UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

WILLS BEASLEY,

                Plaintiff,

  v.

D.K. SISTO et al,

                Defendant.

_____/

Case Number: CV07-06003 TEH

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 21, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Wills Beasley #:V-30091
T.C.C.F.  MA 08 L
415 US Hwy 49 North
Tutwiler, MS 38963

Dated: May 21, 2008

Richard W. Wieking, Clerk
By: R.B. Espinosa, Deputy Clerk