1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  GREGORY A. OTT
   Deputy Attorney General
5  SARA TURNER
   Deputy Attorney General
6  State Bar No. 158096
     455 Golden Gate Avenue, Suite 11000
7    San Francisco, CA 94102-7004
     Telephone: (415) 703-5712
8    Fax: (415) 703-1234
     Email: sara.turner@doj.ca.gov
9  Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **BEASLEY WILLS,** | C 07-06003 TEH (PR) |
| Petitioner, | **ANSWER TO ORDER TO SHOW CAUSE** |
| v. | |
| **D.K. SISTO, Warden,** | |
| Respondent. | |

Respondent provides this answer to the Order to Show Cause why the petition for writ of habeas corpus should not be granted.

**I.**

**CUSTODY**

Petitioner is lawfully in the custody of the Warden of California State Prison, Solano, pursuant to a valid judgment of conviction in the Superior Court of the State of California in and for the County of Alameda, case number 149784. On October 13, 2005, the trial court sentenced petitioner to thirteen years in prison.

///

## II.

## GENERAL AND SPECIFIC DENIALS

Respondent denies that the state court's ruling was based on an unreasonable determination of fact or was contrary to or involved an unreasonable application of clearly established United States Supreme Court law. Respondent specifically denies that petitioner was denied due process under the Fourteenth Amendment of the United States Constitution when the trial excluded the testimony of an expert witness regarding factors affecting eyewitness testimony; specifically denies that petitioner was prejudiced because the trial court admitted opinion testimony regarding "the propensity of drug users to commit robberies;" and specifically denies that reversal is required due to "cumulative errors."

## III.

## PROCEDURAL ISSUES

The claims raised in the petition are exhausted. The petition is timely within the meaning of 28 U.S.C. § 2244(d).

## IV.

## LODGED DOCUMENTS

Respondent has lodged concurrently with this answer the following exhibits: (1) Clerk's Transcript (1 volume); (2) Reporter's Transcript (4 volumes); (3) Appellant's Opening Brief; (4) Respondent's Brief; (5) Appellant's Reply Brief; (6) Petition for Review, including Exhibit A, Opinion by California Court of Appeal; (7) California Supreme Court Order denying review.

## V.

## INCORPORATION BY REFERENCE

Respondent hereby incorporates by reference the accompanying memorandum of points and authorities in support of this answer.

///
///
///
///

## VI.

## CONCLUSION

Respondent respectfully requests that the petition for writ of habeas corpus be denied.

Dated: June 26, 2008

        Respectfully submitted,

        EDMUND G. BROWN JR.
        Attorney General of the State of California

        DANE R. GILLETTE
        Chief Assistant Attorney General

        GERALD A. ENGLER
        Senior Assistant Attorney General

        GREGORY A. OTT
        Deputy Attorney General


        /s/   SARA TURNER
        Deputy Attorney General

        Attorneys for Respondent

20118668.wpd
SF2008401153

Answer to Order to Show Cause - *Wills v. Sisto* - C 07-06003 TEH (PR)

3

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **Beasley Wills v. D. K. Sisto, Warden**

No.:   **C 07-06003 TEH (PR)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On June 26, 2008, I served the attached **ANSWER TO ORDER TO SHOW CAUSE; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF ANSWER TO ORDER TO SHOW CAUSE; NOTICE OF LODGED EXHIBITS** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

Beasley Wills
#V-30091
T.C.C.F.  MA 08 L
415 U.S. Hwy. 49 North
Tutwiler, MS  38963

Beasley Wills
#V-30091
California State Prison
2100 Peabody Road
P. O. Box 4000
Vacaville, CA  95696-4000

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on June 26, 2008, at San Francisco, California.

|  Nelly Guerrero  | /s/ Nelly Guerrero |
|:---:|:---:|
| Declarant | Signature |

20119009.wpd