EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
GERALD A. ENGLER
Senior Assistant Attorney General
GREGORY A. OTT
Deputy Attorney General
SARA TURNER
Deputy Attorney General
State Bar No. 158096
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-7004
  Telephone: (415) 703-5712
  Fax: (415) 703-1234
  Email: sara.turner@doj.ca.gov
Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BEASLEY WILLS,** | C 07-06003 TEH (PR) |
| Petitioner, | **NOTICE OF LODGED EXHIBITS** |
| v. | |
| **D.K. SISTO, Warden,** | |
| Respondent. | |

Respondent hereby submits the following exhibits and transcripts to be lodged with the court in connection with its consideration of the Answer and Memorandum of Points and Authorities in Support of Answer to Petition for Writ of Habeas Corpus in the above cause of action:

| **EXHIBIT** | **DESCRIPTION** |
|---|---|
| (1) | Clerk's Transcript (1 volume) |
| (2) | Reporter's Transcript (4 volumes) |
| (3) | Appellant's Opening Brief |
| (4) | Respondent's Brief |
| (5) | Appellant's Reply Brief |

(6)   Petition for Review, including Exhibit A, Opinion by California Court of Appeal

(7)   California Supreme Court Order denying review

Dated: June 26, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

GERALD A. ENGLER
Senior Assistant Attorney General

GREGORY A. OTT
Deputy Attorney General


 /s/  SARA TURNER
Deputy Attorney General

Attorneys for Respondent

20118670.wpd