1  BEASLEY WILLIS .V30091

2  T.C.C.F.  MA.08

3  415.us.hwy.49.north

4  Tutwiler  ms.38963

FILED
08 JUL 14 PM 1:18
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

6  IN THE UNITED STATES DISTRICT COURT

7  FOR THE NORTHERN DISTRICT OF CALIFORNIA

8  SAN FRANCISCO DIVISION

10  BEASLEY WILLS
                petitioner                    case.no. 07-06003 teh(PR)
11        v.

12  D.K SISTO.WARDEN                          APPLICATION FOR ENLARGMENT
                RESPONDENT                    OF TIME TO FILE TRAVERSE
13

16  FOR THE REASON STATED IN THE ACCOMPANYING DECLARATION FOR PETITIONER

17  HERBY REQUEST A THIRTY (30) DAY ENLARGEMENT OF TIME UNTILL August

18  25-2008 within which to answer to the answer tothe order to

19  showcause in this case.

1  BEASLEY WILLIS  _-V30091

2  T.C.C.F.  MA.08

3  415.US.HWY.49.north

4  TUTWILER MS.38963

5

6              IN   THE   UNITED   STATES   DISTRICT   COURT

7            FOR   THE   HORTHERN   DISTRISC   OF   CALIFORNIA

8                    SAN   FRANCISCO   DIVISION

9

10  BEASLEY   WILLS
                PETITIONER                CASE.NO C 07-06003   TEH  (PR)
11
        V.
12                                        DECLARATION   FOR   PETITIONER
    D.K SISTO.WARDEN                      IN   SUPPORT   APPLICATION FOR
13              RESPONDENT                ENLARGMENT   OF   TIME

14

15

16  I BEASLEY WILLS -v30091.declare under penalty of perjury  sa follows

17  I AM THE PETITIONER HANDLINGMY CASE ABOVE  THIS COURT ISSUED AN  ORDER TO

18  SHOWCAUSE ON MARCH 27.2008  AN GAVE THE ATTORNEY GENERAL AN ENLARGEMENT OF

19  TIME THAT EXPIRED 6-26-08 REQUIRINS AN ANSWER TO THE ORDER TO SHOWCAUSE BE

20  FILED AND SERVED ON DEPTY ATTORNEY  GENERAL SARA TURNER IN THIRTY DAYS  OF

21  THE ISSUANCE OF THE ORDER.I HAVE RECEAVED MY ANSWER TO THE  ORDER TO SHOW

22  CAUSE.I AM UNABLE TO FILE MY TRAVERSE BY THE JULY  26.2008 DUE DATE AND WILL

23  NEED THE ADDITIONAL TIME REQUESTED. I WILL NOT BE ABLE TO COMPLETE MY

24  TRAVERSE I HAVE TRANSFERED TO MISSISSIPPI DO TO THE OVER CROWING IN

25  CALIFORNIA IN CALIFPRNIA STATE PRISON AND I ONLY GETONE DAY AWEEK IN THE

26  LIBRARY THE HOURS ARE FROM 8:00 am to10;45 am and 12;15 to 2;30 that is

27  only 25 HOURS A WEEK AS TO IN CALIFORNIA STATE PRISON SOLANO YOU GET  (50)

28  HOURS A WEEK  AND TEN HOURS ON THE WEEK END.AND ALSO CALIFORNIA PRISON

1. WE HAD MORE TO WORK WITH  SOLANO LIBRARY HAD SIX COMPUTERS FOR US TO WORK
2. WITH AN UOT HERE WE ONLY HAVE ONE COMOUTER TO WORK WITH FOR FIFTEEN INMATES
3. AT A TIME SAYING THAT THERE IS ALL WAYS A LONG LINE TO GET TO THE COMPUTER
4. WITCH CAUSE A DELAY EVERY DAY. I AM NOT ABLE TO WORK ON MY CASE LIKE I
5. INITIALLY INTENDED WHEN I WAS IN CALIFORNIA BEING LAYMAN AND ALL MAKES TI
6. VERY HARD ON ME   .

7-8-08                                        *Beusby neville* [signature]

# PROOF OF SERVICE

## Declaration Of Service By Mail

I, BEASLEY WILLS.V30091, declare that I am over the age of eighteen (18) and that I am a party to this action. On JULY 7-8-2008, 2008, I deposited a copy of the following document(s): APPLICATION FOR ENLARGEMENT OF TIME TO FILE MY TRAVERSE

THANK YOU.

**In a sealed envelope with postage prepaid into the United States mail outlet via authorized Tallahatchie County Correctional employee at Tallahatchie County Correctional Institution 415 U.S. Highway 49 North, Tutwiler, Mississippi 38963, and addressed as follows:**

NORTHERN CALIFORNIA DISTRICT COURT

450 GOLDEN GATE AVENUE

SAN FRANCISCO CALIF. 94102-3483

ATTORNEY GENERAL

455 golden gate avenue

suite.11000

SAN FRANCISCO CALIF

94102-3664

**I declare under penalty of perjury pursuant to 28 U.S.C. §1746, and State Laws, that the foregoing is true and correct and that this declaration was executed at Tallahatchie County Correctional Facility, 415 U.S. Highway 49 North, Tutwiler, Mississippi 38963**

DATED: 7-8-0?    Signature: _Beasley Wills_ / _Beasley BW_

T.C.C.F. MA.08L
415. US. HWY. 49 NORTH
Tutwiler, MS. 38963

United States District Court Northern Division
450 Golden Gate Avenue
San Francisco, Calif. 94102-3483

MAILED FROM
TALLAHATCHIE COUNTY CORRECTIONAL FACILITY
NOT RESPONSIBLE FOR CONTENT



United States District Court Northern Division
450 Golden Gate Avenue
San Francisco, Calif 94102-3483

MAILED FROM
CHIE COUNTY CORRECTIONAL FACILIT
OT RESPONSIBLE FOR CONTENT