IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEASLEY WILLIS, | No. C 07-06003 TEH (PR) |
| Petitioner, | ORDER GRANTING APPLICATION FOR ENLARGEMENT OF TIME TO FILE TRAVERSE |
| vs. | |
| D. K. SISTO, Warden, | |
| Respondent. | (Docket No. 11) |

On July 14, 2008, Petitioner filed an application for enlargement of time to file a traverse to Respondent's answer.  Good cause appearing, the application is GRANTED. (Docket no. 11.)

It is hereby ordered that Petitioner may file and serve a traverse within thirty (30) days from the date of this order.

**SO ORDERED.**

DATED:  07/23/08

THELTON E. HENDERSON
United States District Judge